UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
TIMMY RICARDO REGISFORD

                           Plaintiff,

    -against-

LYNN LOCKAMY

                          Defendant.
-------------------------------------------------------------- x

Case No. 1:23-CV-5928-AKH

**ORDER**

       This matter having come before the Court on the motion of Romano Law PLLC ("Romano") for an Order, pursuant to Rule 1.4 of the Local Civil Rules, granting Romano leave to withdraw as counsel (the "Motion") for Plaintiffs, and the Court having considered the papers submitted in support of the Motion, and any papers submitted in opposition thereto, and for good cause shown,

       IT IS on this 18th day of December, 2023

       ORDERED that the Motion is granted in its entirety; and it is further

       ORDERED that Romano is granted leave to withdraw as counsel of record for Defendant Lynn Lockamy.

SO ORDERED.

/s/ Alvin K. Hellerstein
Alvin K. Hellerstein, U.S.D.J.
United States District Judge
Dated: December 18, 2023