UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMMY RICARDO REGISFORD,<br><br>                   Plaintiff,<br><br>- v -<br><br>LYNN LOCKAMY<br><br>                   Defendant. | Case No. 1:23-CV-5928-AKH<br><br>Hon. Alvin K. Hellerstein<br><br>**JOINT STIPULATION TO EXTEND TIME TO FILE PROPOSED CASE MANAGEMENT PLAN**<br><br>Current file deadline: January 12, 2024<br>New file deadline: February 2, 2024 |

WHEREAS, on July 11, 2023, Plaintiff filed this action against Defendant;

WHEREAS, Defendant obtained an extension of time until January 26, 2024, to file her answer or otherwise move against the complaint;

WHEREAS, the Court had previously ordered a proposed case management plan to be filed on or before January 12, 2024;

WHEREAS, the parties require additional time to negotiate the proposed case management plan in this matter; and

WHEREAS, this is the first extension sought by either party relating to the proposed case management plan;

NOW THEREFORE, the parties stipulate to an extension of time to file the proposed case management plan up to and including February 2, 2024.

**IT IS SO STIPULATED.**

Dated: January 10, 2024

| BODDIE & ASSOCIATES | IZOWER LEFTON LLP |
|---|---|
| By: /s/Corey D. Boddie | By: /s/Ronald D. Lefton |
| Corey D. Boddie<br>Boddie & Associates<br>40 Exchange Place, Ste. 1800<br>New York, NY 10005<br>Tel: (212) 480-7652<br>Fax: (646) 349-2933<br>corey@boddieassoc.com | Ronald D. Lefton<br>Rachel Izower<br>1325 Franklin Avenue, Ste. 255<br>New York, NY 11530<br>Tel: (646) 448-9011<br>Fax: (646) 304-7071<br>rizower@izowerlefton.com<br>leftonr@izowerlefton.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMMY RICARDO REGISFORD,<br><br>　　　　　　　　Plaintiff,<br><br>　　　- v -<br><br>LYNN LOCKAMY<br><br>　　　　　　　　Defendant. | Case No. 1:23-CV-5928-AKH<br><br>Hon. Alvin K. Hellerstein<br><br>**ORDER TO<br>EXTEND TIME TO FILE<br>PROPOSED CASE<br>MANAGEMENT PLAN**<br><br>Current file deadline: January 12, 2024<br>New file deadline: February 2, 2024 |

Having considered the Joint Stipulation to Extend Time to File Proposed Case Management Plan (the "MOTION"), THE COURT ORDERS AS FOLLOWS:

The MOTION is GRANTED and the proposed case management plan will be due on February 2, 2024.

The parties shall meet with the Court on Friday, February 23, 2024, at 10:00 a.m., for a status conference.

Dated: January 11, 2024

　　　　　　　　　　　　　　__/s/ Alvin K. Hellerstein_____

　　　　　　　　　　　　　　Honorable Alvin K. Hellerstein
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE