UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
                                                        :

LYNN LOCKAMY,                                     :        **ORDER REGULATING**
                                         Plaintiff,            :        **PROCEEDINGS**

          -against-                                     :        24 Civ. 8933 (AKH)

TRIBE RECORDS LIMITED ET AL,        :        *see also*
                                                        :        23 Civ. 5928 (AKH)
                                  Defendants.       :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The pre-trial conference previously scheduled in case no. 23-cv-5928 for Friday, February 7, 2025 is hereby advanced to Thursday, February 6, 2025 at 2:30 p.m., to take place in Courtroom 14D, 500 Pearl St., New York, NY 10007.  A pre-trial conference will also be held in related case no. 24-cv-8933 on February 6, 2025 at 2:30 p.m. in Courtroom 14D.  The pending motion for withdrawal of attorney Izower Lefton LLP, ECF No. 24 in case no. 24-cv-8933, will be heard at that time.

        Finally, no later than February 4, 2025 at 12:00 p.m., the parties in both cases shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

                                                                        /s/ Alvin K. Hellerstein
Dated:        January 7, 2025
                New York, New York                            ALVIN K. HELLERSTEIN
                                                                        United States District Judge