UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIMMY RICARDO REGISFORD,<br><br>Plaintiff,<br><br>v.<br><br>LYNN LOCKAMY,<br><br>Defendant. | Case No.: 1:23-cv-5928-AKH |

### [PROPOSED] ORDER GRANTING BROADCAST MUSIC, INC.'S MOTION TO INTERVENE

Upon consideration of Broadcast Music, Inc.'s ("BMI") motion to intervene, the Court finds that intervention is appropriate under Federal Rule of Civil Procedure 24 and that the motion should accordingly be GRANTED.

IT IS THEREFORE ORDERED that BMI is hereby granted leave to intervene in this proceeding to file its Complaint in Interpleader. *ECF 61 is terminated*. AKH

Dated: New York, New York
Feb 3, 2025

Hon. Alvin K. Hellerstein
United States District Judge