UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TIMOTHY RICARDO REGISFORD,                          :
                                  Plaintiff         :      **ORDER**
                                                  :
      - against -                          :      23 Civ. 5928 (AKH)
                                                  :
LYNN LOCKAMY,                                       :
                                  Defendant.     :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
LYNN LOCKAMY,                                       :
                      Third-Party Plaintiff    :
                                                  :
      - against -                          :
                                                  :
POLYGRAM PUBLISHING, INC., UNIVERSAL                :
MUSIC GROUP, INC., UNIVERSAL MUSIC                  :
OPERATIONS LIMITED, UNIVERSAL MUSIC                 :
PUBLISHING LIMITED, POLYDOR LIMITED                 :
a/k/a POLYDOR RECORDS a/k/a UNIVERSAL               :
POLYDOR, and BELTERS ONLY                           :
PRODUCTIONS LIMITED,                                :
                    Third-Party Defendants.  :
------------------------------------------------------------------------X
ALVIN K. HELLERSTEIN, U.S.D.J.:

       The Clerk is ordered to change the case caption to reflect the current situation, to read as shown above.

       The third-party complaint against Tribe Records, Ltd., a/k/a Tribe Records, U.K. ("Tribe") has been dismissed (*see* ECF No. 117), and the caption should so reflect. By stipulation and order, PolyGram Publishing, Inc. was substituted for Universal Music Publishing, Inc., a/k/a Universal Music Publishing Group (*see* ECF No. 123), and that too should be reflected in the caption.

1

2

On May 28, 2025, I granted Defendant Lynn Lockamy's motion to amend her third-party complaint to add an individual who allegedly succeeded to the assets of Tribe. (*See* ECF No. 163). However, Lockamy has failed to file a third-party complaint within seven days following my order, thus requiring a fresh request for leave. (*See* Local Rule 15.1(b)). Since motions by the third-party defendants to dismiss her third-party complaint are pending, I will not consider any new request for leave until after I have decided the pending motions.

SO ORDERED.

Dated:   August 4, 2025                              /s/ Alvin K. Hellerstein
         New York, New York                     ALVIN K. HELLERSTEIN
                                                United States District Judge