UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TIMOTHY RICARDO REGISFORD, :
                                Plaintiff           :   **ORDER REGULATING**
                                                   :   **PROCEEDINGS**
   - against -                                   :
                                                        :
LYNN LOCKAMY, :
                               Defendant.         :
------------------------------------------------------------------------X
------------------------------------------------------------------------X
LYNN LOCKAMY, :
                      Third-Party Plaintiff      :   23 Civ. 5928 (AKH)
                                                       :
   - against -                                 :
                                                        :
UNIVERSAL MUSIC GROUP, INC., POLYGRAM :
PUBLISHING, INC., UNIVERSAL MUSIC :
OPERATIONS LIMITED, UNIVERSAL MUSIC :
PUBLISHING LIMITED, POLYDOR LIMITED :
a/k/a POLYDOR RECORDS a/k/a UNIVERSAL :
POLYDOR, and BELTERS ONLY :
PRODUCTIONS LIMITED, :
                      Third-Party Defendants.   :
------------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      This Order clarifies the discussion held at this morning's status conference. Two motions were discussed: a motion for reconsideration of my August 25, 2025 Opinion and Order Granting Third Party Defendants' Motions to Dismiss the Third-Party Complaint (ECF No. 171) pursuant to Local Rule 6.3, and a motion to re-open discovery pursuant to Fed. R. Civ. P. 16(b)(4).

      As to Defendant Lynn Lockamy's forthcoming motion for reconsideration, since it seeks to challenge an order entered on August 25, 2025, it is due fourteen days thereafter, on Monday,

1

September 8, 2025, with opposition by Third-Party Defendants due September 22, 2025, and reply by Defendant Lockamy due September 29, 2025.  *See* Loc. R. 6.1(b), 6.3.

As to the second motion to re-open discovery under Fed. R. Civ. P. 16(b)(4), the movant shall file its opening brief by September 19, 2025, with opposition due October 10, 2025, and reply due October 17, 2025.

The parties are hereby ordered to appear for a status conference on **Friday, November 7, 2025 at 10:00 a.m.**, which will be held via the following call-in number:

**Call-in number: 646-453-4442**

**Access code: 255 380 878 #**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

Finally, by November 4, 2025, at 12:00 p.m., the parties shall jointly submit to the Court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information.

SO ORDERED.

Dated:      September 5, 2025                             /s/ Alvin K. Hellerstein
            New York, New York                     ALVIN K. HELLERSTEIN
                                                   United States District Judge