UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TIMMY RICARDO REGISFORD,

    Plaintiff/Counterclaim Defendant,

- against -

LYNN LOCKAMY,

    Defendant/Counterclaim Plaintiff.

---

LYNN LOCKAMY,

    Third-Party Plaintiff,

- against -

UNIVERSAL MUSIC GROUP, INC., POLYGRAM PUBLISHING, INC., UNIVERSAL MUSIC OPERATIONS LIMITED, UNIVERSAL MUSIC PUBLISHING LIMITED, POLYDOR LIMITED a/k/a POLYDOR RECORDS a/k/a UNIVERSAL POLYDOR, and BELTERS ONLY PRODUCTIONS LIMITED,

    Third-Party Defendants.

---

No. 23-cv-05928-AKH

NOTICE OF JOINT MOTION
TO REOPEN DISCOVERY

At the status conference of September 5, 2025, I previously advised the attorneys that the time to complete fact discovery would be enlarged upon a showing of specific individuals who still need to be deposed. Otherwise, pursuant to the signed Case Management Plan of February 5, 2024, fact discovery closed on September 24, 2024. *See* ECF No. 30. The parties may make a motion, in accordance with the foregoing, by October 1, 2025. The Clerk shall terminate ECF No. 178.

*/s/ Alvin K. Hellerstein*
Alvin K. Hellerstein, U.S.D.J.
9/22/2025

---

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law, Plaintiff/Counterclaim Defendant Timmy Ricardo Regisford ("Regisford") and Defendant/Counterclaim Plaintiff Lynn Lockamy ("Lockamy") and will jointly move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge, at the United States District Court for the Southern District of New York, located at 500 Pearl Street, Courtroom 1050, New York, New York 10007, on a date to be determined by the Court, for an Order granting Regisford's and Lockamy's Joint Motion to Reopen Discovery.

**PLEASE TAKE NOTICE**, that, in accordance with Loc. R. 6.1(b) & 6.3, and the September 5, 2025 Order Regulating Proceedings (ECF 175), any opposition papers shall be served and filed by October 10, 2025, and any reply papers shall be served and filed by October 17, 2025.

Dated:  New York, New York
        September 19, 2025

Respectfully submitted,

/s/ Corey D. Boddie
Corey D. Boddie (CB-1922)
BODDIE & ASSOCIATES P.C.
40 Exchange Place, Suite 1800
New York, New York 10005
212-480-7652
corey@boddieassoc.com
*Attorneys for Plaintiff/Counterclaim
 Defendant Timmy Ricardo Regisford*

/s/ Hillel I. Parness
Hillel I. Parness
PARNESS LAW FIRM, PLLC
136 Madison Ave., 6th Floor
New York, New York 10016
212-447-5299
hip@hiplaw.com
*Attorneys for Defendant/Counterclaim
 Plaintiff Lynn Lockamy*

2