UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TIMOTHY RICARDO REGISFORD,

                     Plaintiff         **ORDER**

    - against -

                                             23 Civ. 5928 (AKH)

LYNN LOCKAMY,

                    Defendant.
------------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Pursuant to the discussion held at this morning's status conference, the parties are hereby ordered to appear for a settlement conference on December 2, 2025 at 2:30 p.m. in Courtroom 14D, 500 Pearl St., New York NY.

      SO ORDERED.

Dated:     November 7, 2025                   /s/ Alvin K. Hellerstein
             New York, New York             ALVIN K. HELLERSTEIN
                                                        United States District Judge