UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

TIMOTHY RICARDO REGISFORD,                                    :

                              Plaintiff                   :          **<u>ORDER</u>**

                                            :

    - against -                                                  :

                                            :          23 Civ. 5928 (AKH)

LYNN LOCKAMY,                                                   :

                         Defendant.               :

-------------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The status conference scheduled for December 2, 2025 at 2:30 p.m. is hereby adjourned until December 9, 2025 at 11 a.m. in Courtroom 14D, 500 Pearl St., New York NY.

      No later than December 8, 2025, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:      December 2, 2025                         _____/s/ Alvin K. Hellerstein_____
             New York, New York                      ALVIN K. HELLERSTEIN
                                                United States District Judge