UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TIMOTHY RICARDO REGISFORD,                          :

                                Plaintiff                          :          **<u>ORDER</u>**

                                                     :

        - against -                          :

                                                     :          23 Civ. 5928 (AKH)

LYNN LOCKAMY,                          :

                                Defendant.                          :

-----------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In response to the parties' joint request, the conference scheduled for December 9, 2025

is hereby adjourned until January 26, 2026 at 11 a.m. in Courtroom 14D, 500 Pearl St., New

York NY.

      No later than January 22, 2026, at 12:00 p.m., the parties shall jointly submit to the court

(via the email address [HellersteinNYSDChambers@nysd.uscourts.gov](mailto:HellersteinNYSDChambers@nysd.uscourts.gov)) a list of all counsel

expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:        December 4, 2025                    _____/s/ Alvin K. Hellerstein_____
              New York, New York                    ALVIN K. HELLERSTEIN
                                            United States District Judge