UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

TIMOTHY RICARDO REGISFORD,                    :

      Plaintiff and Counterclaim-Defendant    :    **ORDER**

      - against -                               :    23 Civ. 5928 (AKH)

LYNN LOCKAMY,                                 :

      Defendant and Counterclaim-Plaintiff.   :

-------------------------------------------------------------------X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties met for a conference and reached a settlement agreement on February 9, 2026. In exchange for $75,000, payable by Lynn Lockamy after sufficient funds are released from escrow to allow payment, Timothy Regisford shall relinquish any claim over the copyrights at issue and related payments thereunder. The settlement stated into the record is final and binding on the parties, although, counsel for the parties will be implementing those terms into a formal written agreement. The court will continue jurisdiction over the case to resolve any disputes related to the formal written agreement should any arise. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated:      February **11**, 2026
           New York, New York

                                   ALVIN K. HELLERSTEIN
                                   United States District Judge